UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| MOIRA ROTH, | Case No.: CV11-03108 AHM (JEMx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RSI ENTERPRISE, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
United States District Judge

- 1 -

Order of Dismissal